

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00087-CV

**CODY TEXAS, L.P.,**
Appellant

v.

**BPL EXPLORATION, LTD**.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,097
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

The Clerk's Notification of Late Record is GRANTED. The clerk's record is due on February 28, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court